IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTINE A. McDANIEL,           )
                                 )
    Plaintiff,                   )
                                 )
v.                               )     Case No. 05-CV-480-DRH
                                 )
UNITED STATES OF AMERICA,        )
                                 )
    Defendant.                   )

## ORDER

This matter comes before the Court on Plaintiff's motion to continue final pre-trial conference. (Doc. 21.) The motion is unopposed. Being fully advised in the premises, the Court **GRANTS** Plaintiff's motion. (Doc. 21.) The hearing is now set for April 20, 2007 at 11:30 a.m.

**IT IS SO ORDERED**.

Signed this 5th day of October, 2006.

                    /s/          David    RHerndon
                    **United States District Judge**