```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTINE A. McDANIEL,           )
                                 )
     Plaintiff,                  )
                                 )
v.                               )    Civil No. 05-CV-480-DRH
                                 )
UNITED STATES OF AMERICA,        )
                                 )
     Defendant.                  )
```

## O R D E R

Pursuant to plaintiff's Motion to Continue Final Pre-trial Conference, along with consent of defendant, said conference is continued to August 16, 2007 at 2:00 p.m.

```
                              /s/       David   RHerndon
                              UNITED STATES DISTRICT JUDGE
```

Dated: March 27, 2007