IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTINE A. McDANIEL, <br> AS ADMINISTRATOR OF THE ESTATE <br> OF JOHN McDANIEL, DECEASED, <br> <br> Plaintiff, <br> <br> vs. <br> <br> UNITED STATES OF AMERICA, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil No. 05-CV-480-DRH <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

This matter coming to be heard on the motion of both parties to continue the final pre-trial conference previously set for August 16, 2007, the Court being advised in the premises,

IT IS HEREBY ordered that the motion is granted the final pre-trial conference is continued to October 12, 2007 at 10:30 a.m. Further, the Court sets this matter for a telephone status conference on August 24, 2007 at 11:30 a.m. Plaintiff's counsel shall arrange the telephone conference. The Court's phone number is (618) 482-9447.

DATED this 9th day of August, 2007.

/s/       David   RHerndon
United States District Judge