IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTINE A. McDANIEL, as Administrator )<br>of the Estate of John McDaniel, Deceased, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | Civil No. 05-480-DRH-PMF |

## **ORDER**

Upon receipt of the government's motion, and the Court being apprised of the premises, the United States of America's motion for extension of time is **granted**. The response is due on July 2, 2008.

June 30, 2008

/s/ David R Herndon
Chief Judge
United States District Court