IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHRISTINE A. MCDANIEL**,

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant.**     No. 05-0480-DRH

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is the Untied States' motion to continue trial and re-open discovery (Doc. 53). For the reasons stated on the record, the Court **GRANTS** the motion. The Court **CONTINUES** the trial in this matter to Tuesday, January 20, 2009.

**IT IS SO ORDERED.**

Signed this 17th day of October, 2008.

/s/     *DavidRHerndon*
**Chief Judge**
**United States District Court**